### Transfers to Naudio Feliz
### For the Period of December 31, 2012 through August 4, 2016

*(Sorted Chronologically)*

| Institution | Account Name | Account No. | Date | Type | Check No. | Payee/Payor (YA) | Amount |
|---|---|---|---|---|---|---|---:|
| **Transfers to Naudio Feliz Personally:** | | | | | | | |
| HSBC | Flocar Investment Group Corp. | x1898 | 12/31/12 | Check | 1795 | Naudio Feliz | $ (2,934.48) |
| Chase | Flocar Investment Group | x1370 | 01/02/13 | Check | 1724 | Naudio Feliz | (2,044.03) |
| Chase | Flocar Investment Group | x1370 | 01/16/13 | Check | 1737 | Naudio Feliz | (2,044.03) |
| HSBC | Flocar Investment Group Corp. | x1898 | 08/19/13 | Check | 1829 | Naudio Feliz | (2,044.03) |
| HSBC | Flocar Investment Group Corp. | x1898 | 11/12/13 | Check | 1844 | Naudio Feliz | (2,617.04) |
| Ocean Bank | Flocar Investment Group Corp. | x3405 | 01/15/14 | Check | 2074 | Naudio Feliz | (2,000.00) |
| Wells Fargo | Flocar Investment Group Corp | x8833 | 05/07/15 | Check | N/A | Naudio Feliz | (2,044.03) |
| Wells Fargo | Flocar Investment Group Corp | x8833 | 06/25/15 | Debit | N/A | Naudio Feliz | (500.00) |
| Wells Fargo | Flocar Investment Group Corp | x8833 | 09/08/15 | Debit | N/A | Naudio Feliz | (2,000.00) |
| Wells Fargo | Flocar Investment Group Corp | x8833 | 09/16/15 | Debit | N/A | Naudio Feliz | (2,006.14) |
| Wells Fargo | Flocar Investment Group Corp | x8833 | 09/24/15 | Check | 1101 | Naudio Feliz | (3,000.00) |
| Wells Fargo | Flocar Investment Group Corp | x8833 | 09/25/15 | Debit | N/A | Naudio Feliz | (1,006.00) |
| Wells Fargo | Flocar Investment Group Corp | x8833 | 09/25/15 | Debit | N/A | Naudio Feliz | (1,000.00) |
| Wells Fargo | Flocar Investment Group Corp | x8833 | 09/25/15 | Debit | N/A | Naudio Feliz | (1,000.00) |
| Wells Fargo | Flocar Investment Group Corp | x8833 | 11/06/15 | Check | 1108 | Naudio Feliz | (2,006.14) |
| Wells Fargo | Flocar Investment Group Corp | x8833 | 11/27/15 | Debit | N/A | Naudio Feliz | (2,000.00) |
| Wells Fargo | Flocar Investment Group Corp | x8833 | 08/04/16 | Debit | N/A | Naudio Feliz | (1,500.00) |
| | | | | | | **Total Transfers to Naudio Feliz:** | **$ (31,745.92)** |
| **Debtor Payments to American Express Card in the name of Naudio Feliz:** | | | | | | | |
| Chase | Flocar Investment Group | x1370 | 01/28/13 | ACH | N/A | American Express Account 8-41000 | $ (3,368.54) |
| Chase | Flocar Investment Group | x1370 | 02/25/13 | ACH | N/A | American Express Account 8-41000 | (3,462.81) |
| Chase | Flocar Investment Group | x1370 | 03/11/13 | ACH | N/A | American Express Account 8-41000 | (4,000.00) |
| Chase | Flocar Investment Group | x1370 | 03/26/13 | ACH | N/A | American Express Account 8-41000 | (1,120.14) |
| Chase | Flocar Investment Group | x1370 | 04/12/13 | ACH | N/A | American Express Account 8-41000 | (3,000.00) |
| Chase | Flocar Investment Group | x1370 | 04/26/13 | ACH | N/A | American Express Account 8-41000 | (3,827.28) |
| Chase | Flocar Investment Group | x1370 | 07/09/13 | ACH | N/A | American Express Account 8-41000 | (4,900.35) |
| Chase | Flocar Investment Group | x1370 | 08/09/13 | ACH | N/A | American Express Account 8-41000 | (3,607.76) |
| Chase | Flocar Investment Group | x1370 | 09/09/13 | ACH | N/A | American Express Account 8-41000 | (5,428.61) |
| Chase | Flocar Investment Group | x1370 | 10/07/13 | ACH | N/A | American Express Account 8-41000 | (2,500.00) |
| Chase | Flocar Investment Group | x1370 | 11/07/13 | ACH | N/A | American Express Account 8-41000 | (7,271.12) |
| Chase | Flocar Investment Group | x1370 | 12/06/13 | ACH | N/A | American Express Account 8-41000 | (3,000.00) |
| Chase | Flocar Investment Group | x1370 | 01/07/14 | ACH | N/A | American Express Account 8-41000 | (6,167.57) |
| Chase | Flocar Investment Group | x1370 | 02/07/14 | ACH | N/A | American Express Account 8-41000 | (5,000.00) |
| Chase | Flocar Investment Group | x1370 | 03/07/14 | ACH | N/A | American Express Account 8-41000 | (3,500.00) |
| Chase | Flocar Investment Group | x1370 | 04/07/14 | ACH | N/A | American Express Account 8-41000 | (4,500.00) |
| Chase | Flocar Investment Group | x1370 | 05/07/14 | ACH | N/A | American Express Account 8-41000 | (5,606.07) |
| Chase | Flocar Investment Group | x1370 | 06/10/14 | ACH | N/A | American Express Account 8-41000 | (3,500.00) |
| Chase | Flocar Investment Group | x8833 | 07/07/14 | ACH | N/A | American Express Account 8-41000 | (2,324.53) |
| Chase | Flocar Investment Group | x1370 | 08/07/14 | ACH | N/A | American Express Account 8-41000 | (2,000.00) |

| Institution | Account Name | Account No. | Date | Type | Check No. | Payee/Payor (YA) | Amount |
|---|---|---|---|---|---|---|---|
|  | Transfers to Naudio Feliz |||||||
|  | For the Period of December 31, 2012 through August 4, 2016 |||||||
|  | *(Sorted Chronologically)* |||||||
| Chase | Flocar Investment Group | x1370 | 09/08/14 | ACH | N/A | American Express Account 8-41000 | (2,100.00) |
| Chase | Flocar Investment Group | x1370 | 10/07/14 | ACH | N/A | American Express Account 8-41000 | (2,500.00) |
| Chase | Flocar Investment Group | x1370 | 11/07/14 | ACH | N/A | American Express Account 8-41000 | (500.00) |
| Chase | Flocar Investment Group | x1370 | 11/10/14 | ACH | N/A | American Express Account 8-41000 | (500.00) |
| Chase | Flocar Investment Group | x1370 | 11/12/14 | ACH | N/A | American Express Account 8-41000 | (1,000.00) |
| Chase | Flocar Investment Group | x1370 | 12/08/14 | ACH | N/A | American Express Account 8-41000 | (700.00) |
| Chase | Flocar Investment Group | x1370 | 12/11/14 | ACH | N/A | American Express Account 8-41000 | (500.00) |
| Chase | Flocar Investment Group | x1370 | 01/07/15 | ACH | N/A | American Express Account 8-41000 | (1,000.00) |
| Chase | Flocar Investment Group | x1370 | 02/06/15 | ACH | N/A | American Express Account 8-41000 | (1,000.00) |
|  | **Total Debtor Payments to American Express Card in the name of Naudio Feliz:** ||||||| **$ (87,884.78)** |
|  | **Total Transfers to Naudio Feliz and Debtor Payments to American Express Card in the name of Naudio Feliz:** ||||||| **$ (119,630.70)** |