FLIP 190228PM0333USBCSDFMIA

Nathaniel Naudio Feliz
7457 SW 189th St
Cutler Bay FL 33157
786-205-1476
n11215@aol.com

# In the United StatesBankruptcy Court
## Southern District Florida
## Miami Division

FLOCAR IMVESTMENT GROUP
Debtor.
MARCIA T. DUNN Chapter 7 Trustee
of the Bankruptcy Estate of FLOCAR
INVESMENT GROUP,

Plaintiff,
v.

Nathaniel Naudio Feliz, an individual;
Defendant(s)

Main Case No.: 16-26856-LMI
Chapter 7


Adversary Number: 18-01512-LMI


# ANSWER

# In response to Plaintiff's COMPLAINT, Defendant responds as follows:

1. Deny
2. Unable to admit or deny
3. Unable to admit or deny
4. Unable to admit or deny
5. Unable to admit or deny

Page 1

6. Unable to admit or deny
7. Admit Delma Koessler served as a director, unable to admit or deny the rest
8. Admit Robert Koessler served as a director and vice-president, unable to admit or deny the rest
9. Admit Defendant is the brother of Delma, unable to admit or deny the rest
10. Admit debtor's primary business was in real estat, unable to admit or deny the rest
11. Admit
12. Unable to admit or deny
13. Unable to admit or deny
14. Admit debtor made transfers to defendant as salary payments and debtor made payments directly to credit card to cover company expenses, deny the rest.
15. Admit accounts were property of the debtor, deny the rest
16. Deny
17. Deny. Any transfers were for salary compensation as an employee or payments to CC to cover business expenses
18. Deny
19. Deny
20. Deny
21. Deny
22. Unable to admit or deny
23. Unable to admit or deny
24. Unable to admit or deny

Page 3

25. Unable to admit or deny
26. Unable to admit or deny
27. Unable to admit or deny
28. Deny
29. Deny
30. Admit debtor made transfers to defendant to pay salary. Unable to admit or deny the rest.
31. Deny
32. Unable to admit or deny
33.Deny. Any transfers were salary payments or direct payments to credit card
34. Deny
35. Deny
36. Admit debtor made transfers to defendant as salary payments. Unable to admit or deny the rest
37. Deny
37a unable to admit or deny
37b unable to admit or deny
37c unable to admit or deny
38. Unable to admit or deny
40. Deny
41. Deny

42. Admit debtor made transfers, unable to admit or deny the rest
43. Deny
44. Unable to admit or deny
45. Unable to admit or deny
46. Deny
47. Deny
48. Deny
49. Admit debtor made transfers, unable to admit the rest
50. Deny
51. Unable to admit or deny
52. Unable to admit or deny
53. Unable to admit or deny
54. Deny
55. Deny
56. Deny
57. Deny
58. Admit defendant was initial transferee, unable to admit or deny the rest
59. Unable to admit or deny
60. Deny
61. Deny
62. Admit debtor made transfers to defendant, unable to admit or deny the rest

Page 5

63. Deny
64. Deny
65. Deny
66. Deny

AFFIRMATIVE DEFENSE
1. Defendant was solely an employee of debtor and only recieved transfers as salary compensation
2. Defendant performed his duties as an employee of debtor with the utmost honesty and integrity
4. Any transfers made to credit card were the responsability of the company for company expenses
5. The information and details in most paragraphs in complaint are unknown to defendant  -unable to admit or deny
5. All allegations of fraudulent transfers and all counts in the complaint have no basis. Defendant worked extremely hard to perform his duties and received compensation for his work


COMPLAINT HAS NO BASIS. DEFENDANT ASKS THE COURT TO DISMISS COMPLIANT WITHOUT PREJUDICE

Naudio Feliz

# United States Bankruptcy Court
## Southern District of Florida
## 301 North Miami Ave Room 150
## Miami FL 33128

# Certificate of Service

I hereby certify that a true and correct copy of this response to the complaint Case 16-26856-LMI / 18-01512-LMI / Flocar Invesment Group, Marcia T Dunn vs Nathaniel Naudio Feliz was filed in person with the US Bankruptcy Court Southern District of Florida on Feb 28, 2019

A copy was also sent via email to Joshua.kligler@dunnlawpa.com Plaintiff's Attorney Joshua C Kligler Dunn Law PA 66 West Flagler St Suite 400 Miami FL 33130 on Feb 28, 2019

**Naudio Feliz**

305 - 257 - 8799